IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANIBAL SAN ANTONIO,
    Plaintiff,

vs.                           Case No.: 3:14cv464/LAC/EMT

RICHARD COMERFORD, et al.,
    Defendants.

_____/

## REPORT AND RECOMMENDATION

    Plaintiff is a prisoner who proceeds pro se in this civil rights action. Now before the court is Plaintiff's request for voluntary dismissal of this matter, without prejudice (doc. 10).[1]

    Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment. Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

    Accordingly, it is respectfully **RECOMMENDED**:

    1.    That Plaintiff's request for voluntary dismissal (doc. 10) be **GRANTED** and this case be **DISMISSED, without prejudice**.

---

[1] On September 5, 2014, the clerk opened this case upon Plaintiff's submission of several motions (docs. 1, 2). Plaintiff failed to submit a complaint with his motions, however. On September 17, 2014, the court instructed Plaintiff that he must file a complaint in order to commence the action and that he must use the court-approved form (doc. 4). In response, Plaintiff filed a lengthy and carefully drafted complaint (doc. 5), but he failed to use the approved form. The court therefore rejected the complaint and directed Plaintiff to "show cause why this action should not be dismissed for what appears to be a willful refusal to comply with the clear instructions contained in the court's September 17, 2014, order" (doc. 8 at 1). On October 22, 2014, Plaintiff filed a Response to Order to Show Cause, which includes the instant request for voluntary dismissal of this case (doc. 10).

2.	That any pending motion be **DENIED** as moot.

At Pensacola, Florida, this 29th day of October 2014.

>	/s/ *Elizabeth M. Timothy*
>	**ELIZABETH M. TIMOTHY**
>	**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.**  *See* **28 U.S.C. § 636; United States v. Roberts, 858 F.2d 698, 701 (11th Cir. 1988).**