IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANIBAL SAN ANTONIO,
    Plaintiff,

vs.                                    Case No. 3:14cv464/LAC/EMT

RICHARD COMERFORD, et al.,
    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated October 29, 2014 (doc. 11).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's request for voluntary dismissal (doc. 10) is **GRANTED** and this case is **DISMISSED, without prejudice**.

    3.    That any pending motion are **DENIED** as moot.

    **DONE AND ORDERED** this 3rd day of December, 2014.

                                      s/*L.A. Collier*
                                      **LACEY A. COLLIER**
                                      **SENIOR UNITED STATES DISTRICT JUDGE**